NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


AVELINO MILLARES,                    )
                                     )
          Appellant,                 )
                                     )
v.                                   )          Case No. 2D17-2809
                                     )
DONNIE ROMINE, individually          )
and as CEO of BAYFRONT HEALTH        )
PORT CHARLOTTE,                      )
                                     )
          Appellee.                  )
_____)

Opinion filed October 5, 2018.

Appeal from the Circuit Court for Charlotte
County; Lisa S. Porter, Judge.

Kerry E. Mack and Jacqulyn Mack-Majka of
Mack Law Firm Chartered, Englewood,
for Appellant.

Geoffrey D. Smith of Smith & Associates,
Tallahassee, For Appellee.


PER CURIAM.


          Affirmed.


LaROSE, C.J., and SILBERMAN and ATKINSON, JJ., Concur.